# United States of America
## United States Patent and Trademark Office

# T.S. 1989

*[handwritten annotations: SN 86369458; Exhibit A]*

Reg. No. 5,232,958

Registered Jun. 27, 2017

Int. Cl.: 6, 9, 14, 15, 16, 18, 21, 24, 25, 28, 35, 41

Service Mark

Trademark

Principal Register

*Joseph Matal*
Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 THOMPSON LANE
SUITE 108256
NASHVILLE, TN 37204

CLASS 6: Metal key chains

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 9: Downloadable audio files featuring music and musical entertainment; sunglasses; musical video recordings; pre-recorded DVDs and CDs featuring performances by an individual in the field of music and musical entertainment; musical sound recordings; audio recordings featuring music; downloadable multimedia files featuring music; battery-activated light sticks; series of musical sound recordings; musical sound recordings; video recordings featuring music; downloadable video recordings featuring music and musical entertainment; downloadable musical sound recordings; digital music downloadable from the internet; video recordings featuring music and musical entertainment; audio recordings featuring music and musical entertainment; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment; downloadable ring tones for mobile phones

FIRST USE 5-20-2015; IN COMMERCE 5-20-2015

CLASS 14: Jewelry

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 15: Drumsticks; guitar picks

FIRST USE 4-10-2017; IN COMMERCE 4-10-2017

CLASS 16: Stationery; blank journals; art prints; posters; decals; sheet music; notebooks; photographs; song books

FIRST USE 12-11-2016; IN COMMERCE 12-11-2016

CLASS 18: Backpacks; all-purpose carrying bags

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 21: Beverageware

*[handwritten: Name of ® Taylor Swift TS1989 Album 1989 !!!]*



Exhibit B

Name of swifts album

SN 86369455

Making Trademarks
1989 (8C36039) and 1989 (86369161)
are Fraudulent misrepresentations
2 3rd Degree Felonys

# United States of America
## United States Patent and Trademark Office

SN 86369161

# 1989

Exhibit C

**Reg. No. 5,291,361**
**Registered Sep. 19, 2017**
**Int. Cl.: 9, 15, 16, 35, 41**
**Service Mark**
**Trademark**
**Principal Register**

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 THOMPSON LANE
SUITE 108256
NASHVILLE, TN 37204

CLASS 9: Pre-recorded CDs featuring performances by an individual in the field of music and musical entertainment; musical sound recordings; audio recordings featuring music; musical video recordings; series of musical sound recordings; musical sound recordings; video recordings featuring music; downloadable audio files featuring music and musical entertainment; downloadable video recordings featuring music and musical entertainment; downloadable musical sound recordings; downloadable ring tones for mobile phones; digital music downloadable from the Internet; video recordings featuring music and musical entertainment; audio recordings featuring music and musical entertainment; digital media, namely, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable multimedia files featuring music; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment

FIRST USE 11-10-2014; IN COMMERCE 11-10-2014

CLASS 15: Guitar picks

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 16: Sheet music; song books

FIRST USE 12-12-2014; IN COMMERCE 12-12-2014

CLASS 35: Retail and on-line retail store services featuring audio recordings, video recordings, digital media

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 41: Entertainment services in the nature of live musical performances; Entertainment services, namely, providing a website featuring photographs, non-downloadable videos, pre-recorded musical performances, and reviews in the field of music and musical entertainment; Entertainment services, namely, providing a website featuring photographs, non-downloadable videos, pre-recorded musical performances, and reviews relating to a musical artist; fan club services; providing non-downloadable digital music via a global communications network; entertainment services, namely, providing information relating to music and musical entertainment via a global communications network

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

*[Handwritten annotations: "SH 86363039", "1989", "Fraudulent trademark 3rd Degree Felony"]*

**Reg. No. 5,380,899**

**Registered Jan. 16, 2018**

**Int. Cl.: 6, 9, 14, 16, 18, 20, 21, 24, 25, 28, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**

*[Handwritten: "Certificate of Service A True and Correct Copy was Sent to 1201 Demon Breun St Suite 1000 Nash Tenn 37203"]*

*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

TAS RIGHTS MANAGEMENT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
718 Thompson Lane
Suite 108256
Nashville, TENNESSEE 37204

CLASS 6: Metal key chains

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 9: Sunglasses; cases for mobile phones; carrying cases specially adapted for electronic equipment, namely, mobile phones and mobile computers

FIRST USE 5-20-2015; IN COMMERCE 5-20-2015

CLASS 14: Jewelry; bracelets

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014

CLASS 16: Stationery; blank journals; lithographs; art prints; photographs; posters; stickers and decalcomanias; decals; notebooks

FIRST USE 12-11-2016; IN COMMERCE 12-11-2016

CLASS 18: Backpacks; handbags; tote bags; all-purpose carrying bags

FIRST USE 10-27-2014; IN COMMERCE 10-27-2014

CLASS 20: Pillows

FIRST USE 11-27-2015; IN COMMERCE 11-27-2015

CLASS 21: Beverageware; drinking glasses, namely, tumblers

FIRST USE 12-11-2014; IN COMMERCE 12-11-2014

CLASS 24: Towels; beach towels; blanket throws; bed blankets; bed linen; household linen; pillow covers

FIRST USE 7-1-2016; IN COMMERCE 7-1-2016

CLASS 25: Clothing, namely, jackets, coats, bandanas, headwear, caps, hats, gloves, scarves, sweatshirts, hooded pullovers, shirts, t-shirts, jerseys, footwear, and tops for children and adults; shoes

FIRST USE 12-3-2016; IN COMMERCE 12-3-2016

*[Handwritten: "Exhibit D"]*

Case 3:21-cv-00480   Document 1-1   Filed 06/22/21   Page 4 of 15 PageID #: 42
Case 3:21-cv-00741   Document 1-1   Filed 09/27/21   Page 4 of 8 PageID #: 29

# NEAL & HARWELL, PLC

ATTORNEYS AT LAW
1201 DEMONBREUN STREET
SUITE 1000
NASHVILLE, TENNESSEE 37203

TELEPHONE
(615) 244-1713

FACSIMILE
(615) 726-0573

NEALHARWELL.COM

MOZIANIO (TREY) S. RELIFORD

TRELIFORD@NEALHARWELL.COM
(615) 238-3503 (DIRECT)

March 17, 2021

**VIA CERTIFIED MAIL**
Daniel James Silva
501 Lester Lane
Winston Salem, NC 27103-1802

*Exhibit E* (handwritten)

RE: *13 Management, LLC v. Daniel James Silva*
  *Davidson County Circuit Court (Case No. 21C444)*

Dear Mr. Silva:

Please find enclosed herewith the signed Restraining Order entered with the Court, by Judge Binkley, on March 16, 2021.

Sincerely,

Mozianio S. Reliford III

MSR\bdi
Enclosure

# NEAL & HARWELL, PLC

ATTORNEYS AT LAW
1201 DEMONBREUN STREET
SUITE 1000
NASHVILLE, TENNESSEE 37203

TELEPHONE
(615) 244-1713

FACSIMILE
(615) 726-0573

NEALHARWELL.COM

MOZIANIO (TREY) S. RELIFORD

TRELIFORD@NEALHARWELL.COM
(615) 238-3503 (DIRECT)

March 24, 2021

*Exhibit F*

**VIA CERTIFIED MAIL**
Daniel James Silva
501 Lester Lane
Winston Salem, NC 27103-1802

    RE:    *13 Management, LLC v. Daniel James Silva*
             *Davidson County Circuit Court (Case No. 21C444)*

Dear Mr. Silva:

    Please find enclosed herewith the Notice of Filing filed with the Court on Wednesday, March 24, 2021.

Sincerely,

Mozianio S. Reliford III

MSR\bdi
Enclosure

**NEAL & HARWELL, PLC**
ATTORNEYS AT LAW
1201 DEMONBREUN STREET
SUITE 1000
NASHVILLE, TENNESSEE 37203

TELEPHONE
(615) 244-1713

FACSIMILE
(615) 726-0573

NEALHARWELL.COM

MOZIANIO (TREY) S. RELIFORD

TRELIFORD@NEALHARWELL.COM
(615) 238-3503 (DIRECT)

April 6, 2021

**VIA CERTIFIED MAIL**
Daniel James Silva
501 Lester Lane
Winston Salem, NC 27103-1802

*Exhibit 6* [handwritten]

RE: *13 Management, LLC v. Daniel James Silva*
*Davidson County Circuit Court (Case No. 21C444)*

Dear Mr. Silva:

Please find enclosed herewith the *Motion for Criminal Contempt and to Show Cause, Order to Appear and Show Cause, Memorandum of Law in Support of Motion for Criminal Contempt and to Show Cause,* and the *Declaration of Attorney Mozianio S. Reliford, III* along with corresponding *Exhibits 1-9* filed with the Court on Tuesday, April 6, 2021.

Sincerely,

*[signature]*

Mozianio S. Reliford III

MSR\bdi
Enclosure

[Handwritten annotations:]
mail Fraud Count 3
18 U.S.C. 1341
(Letter)

Exhibit [scribble]

Certificate of all service
A true and correct copy was sent here

# NEAL & HARWELL, PLC

ATTORNEYS AT LAW
1201 DEMONBREUN STREET
SUITE 1000
NASHVILLE, TENNESSEE 37203

TELEPHONE
(615) 244-1713

FACSIMILE
(615) 726-0573

NEALHARWELL.COM

MOZIANIO (TREY) S. RELIFORD

TRELIFORD@NEALHARWELL.COM
(615) 238-3503 (DIRECT)

April 13, 2021

**VIA CERTIFIED MAIL**
Daniel James Silva
501 Lester Lane
Winston Salem, NC 27103-1802

Daniel James Silva
P.O. Box 493
Colfax, NC 27235-0493

*exhibit H*
*Mail Fraud*
*Count 4*
*18 USC 1341*

    *RE:*   *13 Management, LLC v. Daniel James Silva*
           *Davidson County Circuit Court (Case No. 21C444)*

Dear Mr. Silva:

    Please find enclosed herewith the Court's *Order to Appear and Show Cause* entered today, Tuesday, April 13, 2021. This Order commands you to appear in the Davidson County Circuit Court before Judge Binkley on May 14, 2021 at 1:00 P.M, and then and there defend the Motion for Civil Contempt, and show cause, if any, why you should not be arrested, or in the alternative, be subject to any such other relief that the Court deems proper against you for violations of the Court's March 8 and March 16, Orders.

                                      Sincerely,

                                      Mozianio S. Reliford, III

MSR\bdi
Enclosure